NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSHUA PASEWALDT, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ADDICTION RESEARCH & TREATMENT, INC. DBA BAART PROGRAMS, a California corporation and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-04793-ODW-AFM<br><br>**ORDER APPROVING STIPULATION TO REMAND CASE TO LOS ANGELES SUPERIOR COURT**<br><br>On removal from California Superior Court for the County of Los Angeles, Case No. 20STCV15778<br><br>Action Filed: April 24, 2020<br>Date of Removal: May 28, 2020 |

# **ORDER**

On June 26, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Case to Los Angeles Superior Court ("Stipulation"). Having reviewed the Stipulation and good cause appearing therefore, the Court hereby ORDERS AS FOLLOWS:

1. The Parties' Stipulation is approved.

2. The Declaration of Cindy Novak filed on June 1, 2020 is hereby deemed withdrawn.

3. Central District of California Case No. 2:20-CV-04793-ODW-AFM is hereby the remanded to the Superior Court of California, County of Los Angeles, Case No. 20STCV15778, 111 North Hill Street, Los Angeles California, 90012, for all further proceedings.

4. Plaintiff maintains his right to seek attorney fees and costs for all work done in connection with the Action in both Federal and State Court should he ultimately prevail on his claims. Defendant maintains all of its rights, defenses and objections to any fees and costs demanded by Plaintiff, if any, and as to Plaintiff's ultimate claims.

5. All other matters currently scheduled in this federal action are hereby vacated.

IT IS SO ORDERED.

Dated:   June 29, 2020   _____
Hon. Otis D. Wright II
United States District Judge